PER CURIAM.
We have reviewed the briefs and record on appeal and on the basis thereof we are of the opinion that no reversible error has been made to clearly appear. Spalding v. Von Zamft, Fla.App.1965, 180 So.2d 208; Stolley & Associates, Inc. v. Lawrence, Fla.App.1971, 243 So.2d 446; Mendez v. George Hunt, Inc., Fla.App.1966, 191 So.2d 480; James A. Knowles, Inc. v. Imperial Lumber Company, Fla.App. 1970, 238 So.2d 487. We further find that the appellants’ assignments of error and brief have failed to comply with Florida Appellate Rules 3.5, subd. c and 3.7, subd. f(4), 32 F.S.A. See Redditt v. State, Fla.1955, 84 So.2d 317; Miami Investors Syndicate v. Johnnie & Mack, Inc., Fla.App.1958, 104 So.2d 617; Local Lodge Number 1248, etc. v. St. Regis Paper Co., Fla.App.1960, 125 So.2d 337; Sirmons v. Pittman, Fla.App.1962, 138 So.2d 765.
Affirmed. *
OWEN, C. J., and CROSS and MA-GER, JJ., concur.